473 A.2d 699

Heritage Mtg. Fin. Co., et al. v. AFC–Lehigh Re., Appellants.

Petition for Allowance of Appeal
Denied Aug. 1, 1984.

 Argued September 16, 1981. Anthony R. Thompson, for appellants; John M. Fitzpatrick, for appellees.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.